UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
101 Holmes Avenue, NE
Huntsville, Alabama 35801
(256) 551-2501

Sharon N. Harris
Clerk

## VIA E-MAIL

September 28, 2007

Clerk's Office
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, AL 36101

Re:   USA v. Donnie Reeves
      Case No. 5:07-MJ-573-HGD

Dear Clerk of Court:

Enclosed please find the following documents in the above-referenced case for disposition in your district:

1. Docket Sheet
2. Appearance Bond

Sincerely,

SHARON N. HARRIS, CLERK
By:  *Stephanie L. Buhler*
Deputy Clerk

Enclosures

# U.S. District Court
## Northern District of Alabama (Northeastern)
### CRIMINAL DOCKET FOR CASE #: 5:07-mj-00573-HGD All Defendants

Case title: USA v. Reeves

Date Filed: 09/25/2007
Date Terminated: 09/28/2007

Assigned to: Magistrate-Judge Harwell G Davis, III

**Defendant**

**Donnie Reeves** (1)
*TERMINATED: 09/28/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 18:1001.F, 42:408.F | |

**Plaintiff**

**USA**
*TERMINATED: 09/28/2007*

represented by **Alice H Martin, US Attorney**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: alice.martin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Probation**
UNITED STATES PROBATION OFFICE

1729 5th Avenue, North
Birmingham, AL 35203
278-2100
Email:
alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A Redmond Debro**
US ATTORNEY'S OFFICE
400 Meridian Street, Suite 304
Huntsville, AL 35801
1-256-534-8285
Email: Ane.Debro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2007 | | Arrest (Rule 40) of Donnie Reeves (SHB, ) (Entered: 09/28/2007) |
| 09/25/2007 | 1 | RULE 40 paperwork (indictment out of Middle District of Alabama) (SHB, ) (Entered: 09/28/2007) |
| 09/25/2007 | | Minute Entry for proceedings held before Judge Harwell G Davis III:Initial Appearance in Rule 5(c)(3) Proceedings as to Donnie Reeves held on 9/25/2007; no attorney present; charges and rights explained; dft waived identity hearing and ordered released on $25,000 unsecured bond with conditions more set out in bond and instructions to contact Middle District of Alabama upon release; hrg adj. (Tape #FTR.) (SHB, ) (Entered: 09/28/2007) |
| 09/28/2007 | 2 | Unsecured Bond Entered as to Donnie Reeves in amount of $ 25,000 with acknowledgment of order setting conditions of release attached (SHB, ) Additional attachment(s) added on 9/28/2007 (SHB, ). (Entered: 09/28/2007) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/01/2007 08:19:08 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:07-mj-00573-HGD |
| Billable Pages: | 1 | Cost: | 0.08 |

FILED
JUN 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 1:07cr126-MHT
) [18 U.S.C. § 1001(a)(2)
DONNIE ROY REEVES, ) 42 U.S.C. § 408(a)(4)]
)
) INDICTMENT

The Grand Jury charges:

## COUNT 1

1. On or about May 20, 2005, in the Middle District of Alabama and elsewhere, defendant,

**DONNIE ROY REEVES,**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Social Security Administration, an agency within the executive branch of the United States, in that Reeves, in response to questions posed to him by a Social Security Administrator stated falsely that he had not been working, but wished he could work. In fact, as Reeves well knew, he had been working at various times since at least on or about April 5, 2000.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2

2. Paragraph 1 is re-alleged in its entirety and incorporated by reference herein.

3. From on or about April 5, 2000 continuing until in or about November, 2006,

the defendant,

## DONNIE ROY REEVES,

having knowledge of the occurrence of any event--that is, his obtaining and maintaining of employment, which affected his initial and continued right to Social Security Disability Insurance Benefits--did conceal and fail to disclose such event with an intent fraudulently to secure payment in a greater amount than was due and when no payment was authorized.

All in violation of Title 42, United States Code, Section 408(a)(4).

### COUNT 3

4.  Paragraphs 1-3 are re-alleged in their entirety and incorporated by reference herein.

5.  On or about December 1, 2004, in the Middle District of Alabama and elsewhere, defendant,

## DONNIE ROY REEVES,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Department of Agriculture ("USDA"), an agency within the executive branch of the United States, in that Reeves, in completing a form for USDA rural housing assistance falsely under-represented his actual adjusted annual income and indicated that he only received Social Security income. In fact, as Reeves well knew, he earned additional income as an apartment manager.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 4

6. Paragraphs 1-5 are re-alleged in their entirety and incorporated by reference herein.

7. On or about December 1, 2005, in the Middle District of Alabama and elsewhere, defendant,

**DONNIE ROY REEVES,**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Department of Agriculture ("USDA"), an agency within the executive branch of the United States, in that Reeves, in completing a form for USDA rural housing assistance falsely under-represented his actual adjusted annual income and indicated that he only received Social Security income. In fact, as Reeves well knew, he earned additional income as an apartment manager.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney