IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:   1:07-CR-126-MHT |
| | ) | |
| DONNIE ROY REEVES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby scheduled for **October 31, 2007 at 9:30 a.m.**, **in courtroom 4A**, before **United States Magistrate Judge Wallace Capel, Jr.,** at Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 3rd day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE