IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
    v.                       )    CRIMINAL ACTION NO.
                             )      1:07cr126-MHT
DONNIE ROY REEVES            )

ORDER

Because this case will now be tried in Dothan, Alabama, it is ORDERED that the jury selection and trial are reset for February 11, 2008, at 10:00 a.m. at the federal courthouse in Dothan, Alabama.

DONE, this the 14th day of November, 2007.


                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE