IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:07-cr-0126-MHT |
| ) | |
| DONNIE ROY REEVES, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE FEBRUARY 11, 2008 TRIAL TERM
AND JANUARY 11, 2008 CHANGE OF PLEA DEADLINE**

COMES NOW, the defendant, Donnie Roy Reeves, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the February 11, 2008 Trial Term and the January 11, 2008 change of plea deadline in the above-styled cause.

As grounds in support thereof, the following is stated:

1.   Defendant's cooperation with the government is not complete at this time.

2.   Assistant United States Attorney Christopher A. Snyder has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the February 11, 2008 trial and the January 11, 2007 change of plea deadline be continued.

Respectfully submitted this 7th day of January, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                                    s/ Richard K. Keith
                                                    **OF COUNSEL**