IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )       1:07cr126
DONNIE ROY REEVES           )


<u>ORDER</u>

This case is now before the court on defendant Donnie
Roy Reeves's motion to continue trial.  In light of the
fact that the government has no objections to the
continuance motion and for the reasons set forth below,
the court concludes that the continuance motion should be
granted.

While the granting of a continuance is left to the
sound discretion of the trial judge, <u>United States v.
Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir.), <u>cert. denied</u>,
479 U.S. 823 (1986), the court is limited by the
requirements of the Speedy Trial Act, 18 U.S.C. § 3161.
The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an ... indictment
> with the commission of an offense shall
> commence within seventy days from the
> filing date (and making public) of the
> ... indictment, or from the date the
> defendant has appeared before a judicial
> officer of the court in which such
> charge is pending, whichever date last
> occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

The court concludes that, in this case, a continuance is necessary. The change of plea deadline is currently scheduled for January 11, 2008, and trial is currently scheduled for February 11, 2008, but Reeves's cooperation with the government is not yet complete.  Thus, the ends of justice served by granting a continuance outweigh the interest of the public and Reeves in a speedy trial.

Accordingly, it is ORDERED as follows:

2

(1)  Defendant Donnie Roy Reeves's motion to continue (Doc. No. 18) is granted.

(2)  Defendant Reeves's trial and jury selection are continued to the criminal term of court commencing July 21, 2008, at 10:00 a.m. at the federal courthouse in Dothan, Alabama.

DONE, this the 9th day of January, 2008.

     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE