IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:07CR126-MHT |
| ) | |
| DONNIE ROY REEVES ) | |

**<u>ORDER</u>**

Upon consideration of the motion to extend change of plea deadline (doc. # 18) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED as moot. The court by separate order has continued the trial of this case to July 21, 2008, which necessarily extends the plea deadline also.

Done this 10th day of January, 2008.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE