IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  1:07-CR-126-MHT |
| | ) | |
| DONNIE ROY REEVES | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for July 21, 2008, and for good cause, it is

**ORDERED** that the pretrial conference presently set for **January 11, 2008**, be and is hereby **RESET** for **May 19, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 11th day of January, 2008.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE