## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-cr-0126-MHT |
| DONNIE ROY REEVES, ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Donnie Roy Reeves, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 8th day of July, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4221
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                             s/ Richard K. Keith
                                             **OF COUNSEL**