IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      1:07cr126-MHT
DONNIE ROY REEVES           )         (WO)
```

### ORDER

Based on the representations made in open court on May 13, 2009, it is ORDERED as follows:

(1) Defendant Donnie Roy Reeves's motion to clarify and modify (doc. no. 37) is granted.

(2) The following provision in the judgment (doc. no. 36) is deleted: "All criminal monetary penalty payments shall be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711, Montgomery, Alabama 36101.  Restitution shall be paid at the rate not less than of $20.00 per month."

(3) The Social Security Administration should reduce the amount that it is currently withholding from

defendant Reeves's disability allowance.  Currently the Social Security Administration is withholding all of defendant Reeves's disability benefit in the amount of $1,597.40 per month.

(4) The Social Security Administration should now withhold only $150.00 per month to satisfy the restitution ordered in this case.

(5) If possible, the Social Security Administration should refund to defendant Reeves all past disability benefits withheld less the $150.00 per month that should have been withheld.

(6) Should defendant Reeves's employment situation or disability benefit change, the court retains jurisdiction to modify this order.

DONE, this the 13th day of May, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**